UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00022 |
| | ) | JUDGE CAMPBELL |
| FREDERICK J. BRUSH | ) | |

## ORDER

Pending before the Court is a Motion of Defendant Frederick J. Brush for Early Termination of Special Conditions of Supervised Release (Docket No. 106).

The Government shall file a response to the Motion by February 28, 2013.

IT IS SO ORDERED.

                                                                                         _____
                                                                                         TODD J. CAMPBELL
                                                                                         UNITED STATES DISTRICT JUDGE