UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00022 |
| | ) | JUDGE CAMPBELL |
| FREDERICK JAMES BRUSH | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 122) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petition on December 4, 2013, at 1:00 p.m.

IT IS SO ORDERED.

*[signature]*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE